*Reel, Milton Sandberg* and *Wallace M. Cohen* for respondents.

*Certiorari Denied.*   (*See also No. 88, Misc., supra.*)

No. 21.   ROTH, ATTORNEY GENERAL, *v.* DELANO, COMPTROLLER OF THE CURRENCY, ET AL.   C. A. 6th Cir.   Certiorari denied.   *Stephen J. Roth,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, *Archie C. Fraser,* Assistant Attorney General, and *Julius H. Amberg* for petitioner.   *Robert S. Marx* for respondents.

No. 162.   BRANTON *v.* ARKANSAS.   Supreme Court of Arkansas.   Certiorari denied.   *Thurman L. Dodson* for petitioner.   *Ike Murry,* Attorney General of Arkansas, *Jeff Duty* and *Wyatt Cleveland Holland,* Assistant Attorneys General, for respondent.

Nos. 347, 348 and 349.   SCHOOL DISTRICT OF THE BOROUGH OF CENTERVILLE *v.* JONES & LAUGHLIN STEEL CORP.   Supreme Court of Pennsylvania.   Certiorari denied.   *James C. Bane* for petitioner.   *Ralph H. Demmler* for respondent.

No. 357.   DECKER ET AL., DOING BUSINESS AS DECKER PRODUCTS CO., *v.* FEDERAL TRADE COMMISSION.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Harry S. Hall* and *J. C. Trimble* for petitioners.   *Solicitor General Perlman, Assistant Attorney General Bergson, J. Roger Wollenberg* and *W. T. Kelley* for respondent.

No. 360.   RICE GROWERS ASSOCIATION OF CALIFORNIA *v.* REDERIAKTIEBOLAGET FRODE (A CORPORATION).   C. A.